# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALVIN J. GRIFFIN, III,
Appellant,
vs.
THE STATE OF NEVADA
EMPLOYMENT SECURITY DIVISION;
RENEE OLSON; KATIE JOHNSON;
AND EMPLOYMENT SECURITY
BOARD OF REVIEW,
Respondents.

No. 75673

FILED

JUN 2 8 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on April 26, 2018, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. David M. Jones, District Judge
Alvin J. Griffin, III
State of Nevada/DETR
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

18-24692